UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

| | |
|---|---|
| **CONSWELLA MURPHY,** | CIVIL ACTION NO. 7:18-15-KKC |
| Plaintiff, | |
| V. | **JUDGMENT** |
| **PIKE COUNTY DETENTION CENTER,** *et al.*, | |
| Defendants. | |

\*\*\* \*\*\* \*\*\*

In accordance with this Court's opinion and order entered on this date, the Court **HEREBY ORDERS AND ADJUDGES** as follows:

(1) Judgment is entered in favor of the Defendants;

(2) Murphy's claims against Pike County Detention Center, Brian Morris in his official capacity as Pike County Jailer, and Freddie Lewis in his previous official capacity as Pike County Jailer are **DISMISSED WITH PREJUDICE**;

(3) Murphy's 42 U.S.C. § 1983 claims against John and Jane Does 1-10 are **DISMISSED WITH PREJUDICE**;

(4) Murphy's intentional infliction of emotional distress claims against John and Jane Does 1-10 are **DISMISSED WITHOUT PREJUDICE**;

(5) This matter is **STRICKEN** from the Court's active docket; and

(6) This judgment is **FINAL** and **APPEALABLE**.

Dated July 27, 2020.



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY